UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WIZARD WORLD, INC., | C.A. No. |
| Plaintiff, | |
| -against- | |
| GAREB SHAMUS, KENNETH SHAMUS, STEPHEN SHAMUS, PIVOT MEDIA LLC, 4 BROTHERS LLC, IT'S ALL NORMAL LLC, ERIC WEISBLUM, GEM FUNDING LLC, ROBB KNIE, VINCENT LABARBARA, and JOHN DOES 1 – 10, | |
| Defendants. | |

## RULE 7.1 DISCLOSURE STATEMENT – PLAINTIFF WIZARD WORLD, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Wizard World, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
December 16, 2016

OLSHAN FROME WOLOSKY LLP

By:  /s/ Scott Shaffer
Scott Shaffer
*Attorneys for plaintiff*
*Wizard World, Inc.*
744 Broad Street, 16th Floor
Newark, New Jersey 07102
(973) 331-7200

3966756-1