UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| WIZARD WORLD, INC., | C.A. No. 16 Civ. 09336 |
| Plaintiff, | |
| -against- | |
| GAREB SHAMUS, *et al.*, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Wizard World, Inc. by its counsel hereby gives notice that the above captioned action is voluntarily dismissed with prejudice against all defendants.

Dated: New York, New York
       February 23, 2017

OLSHAN FROME WOLOSKY LLP

By: */s/ Scott Shaffer*
    Scott Shaffer
    *Attorneys for plaintiff*
    *Wizard World, Inc.*
    744 Broad Street, 16th Floor
    Newark, New Jersey 07102
    (973) 331-7200

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 2/27/17

4046921-1